JS-6

Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LAVEL HILL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LYDIA ROMERO, Warden,<br><br>　　　　Respondent. | Case No.  CV 14-4376-SVW (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 17, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE